# IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  18-05023-02-CR-SW-SRB |
| ) | |
| JESSICA A. PALMER, ) | |
| aka Jessica A. Whitlock, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two in the Superseding Indictment filed on March 26, 2019, is now Accepted and the Defendant is Adjudged Guilty of such offense.   Sentencing will be set by subsequent Order of the Court.


                                                  */s/ Stephen R. Bough*
                                               **STEPEHN R. BOUGH**
                                               **UNITED STATES DISTRICT JUDGE**


Date:   November 15, 2019